UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER J. HULL,<br><br>Plaintiff,<br><br>v.<br><br>GLENN F. THIBAULT, M.D., OSWEGO HEALTH INC., OSWEGO HOSPITAL, NORTHERN OSWEGO COUNTY HEALTH SERVICES, INC. d/b/a, CONNEXTCARE PULASKI,<br><br>Defendants. | CIVIL ACTION NO.: 5:21-cv-00690 (TJM/TWD)<br><br><br>**STIPULATION OF DISMISSAL** |

That this action was originally filed in Oswego County Supreme Court under Index No. EFC-2021-0486 on April 13, 2021. On June 14, 2021, a Notice of Removal was filed in this Court on behalf of NORTHERN OSWEGO COUNTY HEALTH SERVICES, INC. d/b/a CONNEXTCARE PULASKI and GLENN F. THIBAULT, M.D.

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) it is hereby stipulated by and between the Parties that no party hereto is an infant or incompetent and that this action is dismissed in this court and remanded back to Oswego County Supreme Court as it relates to the remaining defendants, OSWEGO HEALTH INC. AND OSWEGO HOSPITAL, therefore, it is hereby

**ORDERED**, that this action is dismissed in this Court, particularly with respect to Defendant GLENN F. THIBAULT, M.D. and Defendant NORTHERN OSWEGO COUNTY HEALTH SERVICES, INC. d/b/a CONNEXTCARE PULASKI, without costs

and without prejudice to the right to reopen the action or commence a new action in this Court, and it is further

ORDERED, that the action is remanded back to Oswego County Supreme Court as it relates to the remaining defendants, OSWEGO HEALTH INC. AND OSWEGO HOSPITAL.

DATED: ~~July 26~~ August 5, 2021

Kirwan Law Firm, P.C.
Terry J. Kirwan Jr., Esq.
*Attorneys for Plaintiff*
Bar Roll No. 501821
100 Madison St, Tower I, Floor 15
Syracuse, NY 13202

DATED: August 5, 2021

Martin, Ganotis, Brown, Mould & Currie, P.C.
Gabrielle L. Bull, Esq.
Bar Roll No. 701568
*Attorneys for Defendant Oswego Health Inc. & Oswego Hospital*
5788 Widewaters Parkway
Dewitt, NY 13214

DATED: July ___, 2021

Karen Folster Lesperance, Esq.
*Attorneys for the United States*
Bar Roll No. 514108
James T. Foley U.S. Courthouse
455 Broadway, Room 218
Albany, New York 12207

**SO ORDERED**
this 10th day of ___August___, 2021

U.S. District Court Judge